**Order filed February 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00912-CV
_____

### KAREN KRISTINE SILVIO, Appellant

### V.

### BIRNAM WOOD-FAIRFAX HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1046607**

## O R D E R

On December 16, 2014, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 14-36744. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed. The parties did not advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.